FILED

MAR 0 5 2024

U.S. DISTRICT COURT-WVND
CLARKSBURG, WV 26301

## IN UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF WEST VIRGINIA

| UNITED STATES OF AMERICA, | |
|---|---|
| v. | Criminal No. 1:24-CR- 8 |
| JOHN J. SMALL, | Violations: 18 U.S.C. § 111(a)(1) |
| Defendant. | 18 U.S.C. § 111(b) |

### INFORMATION

The United States Attorney charges that:

### COUNT ONE

(Assault of a Correctional Officer Resulting in Bodily Injury)

On or about September 26, 2022, in Preston County, in the Northern District of West Virginia, defendant **JOHN J. SMALL**, an inmate in the custody of the Bureau of Prisons at United States Penitentiary Hazelton, did intentionally and forcibly assault any person designated in Section 1114 of Title 18 of the United States Code, namely C.O., a federal correctional officer employed by the Federal Bureau of Prisons, while said officer was engaged in the performance of official duties, and, in doing so inflicted bodily injury upon C.O., in violation of Title 18, United States Code, Sections 111(a)(1) and 111(b).

*[signature]* for

WILLIAM IHLENFELD
United States Attorney

Brandon S. Flower
Assistant United States Attorney